UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.S. et al.,<br><br>            Plaintiff(s),<br><br>      v.<br><br>New York City Department of Education,<br><br>            Defendant(s). | 25-CV-10374 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

Pursuant to the Court's December 17, 2025 Order, ECF No. 6, the parties were required to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge or a joint letter advising the Court that the parties do not consent by January 2, 2026. To date, the parties have not filed a response to that order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 30, 2026**.


        SO ORDERED.

Dated: January 26, 2026
        New York, New York

_____
            DALE E. HO
      United States District Judge