**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

N.S. et al.,

                  **Plaintiffs,**

    **-against-**

New York City Department of Education,

                  **Defendant.**

**1:25-cv-10374 (DEH) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff filed the Complaint in this action on December 15, 2025. (Compl., ECF No. 1.) In accordance with Rule 4 of the Federal Rules of Civil Procedure, Plaintiff is responsible for having the Complaint served within 90 days after the Complaint is filed. *See* Fed. R. Civ. P. 4(b), (m).

As of the date of this Order, there is no indication that Plaintiff has attempted to serve Defendant with the Complaint. It is hereby ORDERED that the deadline for Plaintiff to serve Defendant with the Complaint is extended until Wednesday, April 15, 2026. If Plaintiff does not complete service and file proof of service by the extended deadline, or provide good cause for his failure to do so, his case can be dismissed without prejudice. *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:   New York, New York
         March 17, 2026

_____
STEWART D. AARON
United States Magistrate Judge